AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Email Accounts Identified by User Accounts Maintained on Computer Servers Operated by YAHOO! INC., Headquartered at 701 First Avenue Sunnyvale, California

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Louis G. Sackandy    being duly sworn depose and say:

I am a(n)   Special Agent of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF),   and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
email account identified by user account:  k_r_allen@yahoo.com maintained on computer servers operated by YAHOO! INC., Headquartered at 701 First Avenue, Sunnyvale, California, in the Central District of California, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Section 2701 through 2711,
(describe the person or property to be searched)
namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT A to this application

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence, fruits, and instrumentalities of the crimes

in violation of Title   18   United States Code, Section 842.  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Jessie K. Liu, AUSA
Federal Major Crimes
(202) 514-7549

Signature of Affiant
Louis G. Sackandy, ATF Special Agent
US Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer            Signature of Judicial Officer