AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Email Accounts Identified by User Account
Maintained on Computer Servers Operated
by YAHOO! INC., Headquartered at
701 First Avenue
Sunnyvale, California

**SEARCH WARRANT**

CASE NUMBER: 06-257-M-01

TO: _Special Agent Louis G. Sackandy_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _ATF SA Louis G. Sackandy_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
email accounts identified by user account: k_r_allen@yahoo.com maintained on computer servers operated by YAHOO! INC., Headquartered at 701 First Avenue, Sunnyvale, California, in the Central District of California, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Section 2701 through 2711,

namely (describe the person or property)
contents of electronic e-mails and other electronic data more fully described in the Application, Affidavit, and ATTACHMENT A to this Application (which are all incorporated into this Warrant as if set forth fully herein).

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before Jun 12, 2006
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law, except that any required notice may be delayed for 180 days or the completion of this investigation (whichever occurs earlier).

JUN 02 2006
Date and Time Issued pursuant to the search warrant
provisions of 18 U.S.C. § 2703(a), (d)
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_John M. Facciola_
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 02, 2006 | June 5, 2006 4:35p VIA FAX | Jenifer Rachels Compliance Case Asst. |

**INVENTORY MADE IN THE PRESENCE OF** Jenifer Rachels, Yahoo! Compliance Case Asst.

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

User profile as produced by the Yahoo! account management tool.
The dates, times, and internet Protocol addresses for log-in attempts for the Yahoo! account.
The Yahoo! Address book provided on CD-R
The Yahoo! briefcase contents captured on April 24, 2006 and June 7, 2006 provided on CD-R
The Yahoo! photo contents for the specified account captured on April 24, 2006 and June 7, 2006 provided on CD-R and
A snapshot of the e-mail account contents maintained in the specified account including any snapshots taken as a result of a request for preservation. - provided on CD-R

**FILED**
JUN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] John M. Facciola
U.S. Judge or U.S. Magistrate Judge

06/23/06
Date